NEWTON A. K. BUGBEE, STATE COMPTROLLER, APPEL-
LANT, v. THE BOARD OF FOREIGN MISSIONS OF THE
PRESBYTERIAN CHURCH IN THE UNITED STATES
OF AMERICA, RESPONDENT.

Argued May 20, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 4 *N. J. Mis. R.* 99.

For the appellant, *Edward L. Kalzenbach.*

For the respondent, *Whiting & Moore.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KA-
LISCH, GARDNER, MCGLENNON, KAYS, HETFIELD, JJ.   7.

*For reversal*—KATZENBACH, CAMPBELL, WHITE, VAN
BUSKIRK, JJ.   4.